**Fill in this information to identify the case:**

Debtor 1 AXEL JOEL LEBRON VEGA

Debtor 2 ______
(Spouse, if filing)

United States Bankruptcy Court for the: District of Puerto Rico

Case number 24-03862

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**
Banco Popular de Puerto Rico

**Court claim no.** (if known): 8

**Date of payment change:**
Must be at least 21 days after date of this notice 10/01/2026

**New total payment:**
Principal, interest, and escrow, if any $969.04
*For HELOC payment amounts, see Part 3*

**Last 4 digits** of any number you use to identify the debtor's account: 8 2 5 0

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

- ☐ No
- ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:** $ 43.96 **New escrow payment:** $ 43.91

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

- ☑ No
- ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:** ______% **New interest rate:** ______%

**Current principal and interest payment:** $ ______ **New principal and interest payment:** $ ______

## Part 3: Annual HELOC Notice

**3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

- ☑ No
- ☐ Yes.

**Current HELOC payment:** $______

**Reconciliation amount:** + $______ or

- $______

**Amount of next payment (including reconciliation amount)** $____________________

**Amount of the new payment thereafter (without reconciliation amount)** $____________________

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change:

**Current mortgage payment: $** __________________ **New mortgage payment: $** __________________

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Natalia Portela
Signature

Date 08/21/2026

Print: Natalia Portela
First Name Middle Name Last Name

Bankruptcy Technician
Title

Company Banco Popular

Address PO Box 362708
Number Street
CLAVE 762
Address 2
San Juan PR 00936-2708
City State ZIP Code

Contact phone 000-000-0000

noreply@popular.com
Email

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | CASE NO. 24-03862-ESL |
| AXEL JOEL LEBRON VEGA<br>Debtor(s) | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

**TO THE HONORABLE COURT:**

Comes now the undersigned attorney and very respectfully certifies that on this same date a true and exact copy of BANCO POPULAR DE PUERTO RICO NOTICE OF MORTGAGE PAYMENT CHANGE was served by United States Postal Service's regular mail, upon: Axel Joel Lebron Vega, Urb Villas de Castro, calle 15 s 17, Caguas PR 00725; and via e-mail to Alexandra Rosario Morell, Esq., Debtors' Attorney, armquiebras@gmail.com; and José Ramón Carrión Morales, Esq., Chapter 13 Trustee, newecfmail@ch13-pr.com.

Ponce, Puerto Rico, this 26th day of August, 2026.

s/ Carlos G. Batista Jiménez
Carlos G. Batista-Jiménez
USDC-PR 206711
Edificio Isabel II
37 Mayor St, Suite 108-2
Ponce, Puerto Rico 00730
Tel (787) 840-7435
Email:lcdobatista@frauyasoc.com
crlsbatista61@gmail.com

**BANCO POPULAR**

BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN, PR 00936-2708
TELÉFONO: 1.800.981.1982

41
AXEL J LEBRON-VEGA
IVELISSE SANTIAGO-CRUZ
PO BOX 1602
CAGUAS PR 00726

Préstamo Hipotecario: Fecha: 19 de agosto de 2026

**SI USTED ES UN DEUDOR EN QUIEBRA O DESCARGÓ RESPONSABILIDAD PERSONAL POR SU PRÉSTAMO HIPOTECARIO, ESTA COMUNICACIÓN ES PARA FINES INFORMATIVOS Y DE CUMPLIMIENTO SOLAMENTE. ESTO NO ES, NI DEBE INTERPRETARSE, COMO UN INTENTO DE COBRAR UNA DEUDA CONTRA USTED. RECONOCEMOS QUE SUS PAGOS SON VOLUNTARIOS Y QUE EL ACREEDOR HIPOTECARIO SOLO PUEDE EJERCER DERECHOS CONTRA LA PROPIEDAD QUE GARANTIZA LA DEUDA.**

## DIVULGACIÓN DEL ESTADO ANUAL DE LA CUENTA DE RESERVA

Esta cuenta debe ser analizada anualmente para determinar si acumula los fondos suficientes y determinar si la cuenta refleja sobrante o deficiencia según la actividad presupuestada.

## HISTORIAL DE LA CUENTA

Este es un estado de la actividad en la cuenta de reserva desde 10/25 hasta 09/26. Puede comparar el historial con el presupuesto de la cuenta divulgado en el Estado de la Cuenta de Reserva generado anteriormente. El pago era de $969.09 del cual $925.13 era para principal e intereses y $43.96 para la cuenta de reserva.

### HISTORIAL DE LA CUENTA desde 10/25 hasta 09/26

| Mes / Año | Depósitos Proyectados | Depósitos Realizados | Desembolsos Proyectados | Descripción | Desembolsos Realizados | Balance Proyectado | Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | Balance Inicial | | $263.47 | $263.04 |
| 10/2025 | $43.92 | $43.96 | | | | $307.39 * | $307.00 |
| 11/2025 | $43.92 | $43.96 | | | | $351.31 * | $350.96 |
| 12/2025 | $43.92 | $43.96 | | | | $395.23 * | $394.92 |
| 01/2026 | $43.92 | $43.96 | | | | $439.15 * | $438.88 |
| 02/2026 | $43.92 | $43.96 | | | | $483.07 * | $482.84 |
| 03/2026 | $43.92 | $43.96 | | | | $526.99 * | $526.80 |
| 04/2026 | $43.92 | $43.96 | | | | $570.91 * | $570.76 |
| 05/2026 | $43.92 | $43.96 | $527.00 | Seguro Contra Riesgos | $527.00 | $87.83 * | $87.72 |
| 06/2026 | $43.92 | $43.96 | | | | $131.75 * | $131.68 |
| 07/2026 | $43.92 | $43.96 | | | | $175.67 * | $175.64 |
| 08/2026 | $43.92 | $43.96 | | | | $219.59 * | $219.60 |
| 09/2026 | $43.92 | $43.96 ** | | | | $263.51 * | $263.56 |

| | |
|---|---|
| Total de depósitos realizados a la Cuenta de Reserva | $527.52 |
| Total de desembolsos realizados de Contribuciones | $0.00 |
| Total de desembolsos realizados de Seguros | $527.00 |

(*) Indica una diferencia con el estimado del estado anterior, ya sea en la fecha o en la cantidad.

(**) Para propósitos del historial de la cuenta de reserva, estos pagos y desembolsos no han sido recibidos ni realizados, pero se presume que estos serán recibidos y realizados en las fechas y cantidades correspondientes.

SURSPRD-8/20/26-41

BANCO POPULAR

BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN, PR 00936-2708
TELÉFONO: 1.800.981.1982

En el último análisis proyectamos que los desembolsos de la cuenta de reserva efectuados durante ese período serían por $527.00. Esta información se divulgó en su análisis de reserva anterior en la sección Proyecciones Próximo Año. Bajo la ley federal, el balance mensual más bajo de su cuenta no debió exceder de $87.83 o de una sexta (1/6) parte del total de los desembolsos anuales proyectados.

**PROYECCIÓN DE LA CUENTA PARA EL PRÓXIMO AÑO desde 10/26 hasta 09/27**

A continuación, le proveemos una proyección de la actividad para la cuenta de reserva basada en los desembolsos estimados a realizarse durante el próximo año.

| Mes/Año | Depósitos Proyectados | Desembolsos Proyectados | Descripción | Balance Proyectado |
|---|---|---|---|---|
| | | | Balance Inicial | $263.47 |
| 10/2026 | $43.92 | | | $307.39 |
| 11/2026 | $43.92 | | | $351.31 |
| 12/2026 | $43.92 | | | $395.23 |
| 01/2027 | $43.92 | | | $439.15 |
| 02/2027 | $43.92 | | | $483.07 |
| 03/2027 | $43.92 | | | $526.99 |
| 04/2027 | $43.92 | | | $570.91 |
| 05/2027 | $43.92 | $527.00 | Seguro Contra Riesgos | $87.83 |
| 06/2027 | $43.92 | | | $131.75 |
| 07/2027 | $43.92 | | | $175.67 |
| 08/2027 | $43.92 | | | $219.59 |
| 09/2027 | $43.92 | | | $263.51 |

SURSPRD-8/20/26-41

El balance final del historial de la cuenta es de $263.56. El balance inicial proyectado para la cuenta del próximo año es de $263.47. Esto significa que la cuenta de reserva tiene un sobrante de $0.09.

El sobrante menor a $50.00 puede ser reembolsado al cliente o puede ser retenido para ser depositado en la cuenta de reserva del próximo año. **El sobrante lo estaremos reteniendo para depositarlo a la cuenta de reserva del próximo año, reduciendo la cantidad del pago por los próximos 7 meses**.

Su nuevo pago periódico efectivo 01 de octubre de 2026 será de $969.04 que se desglosa como sigue:

| Información de Pago: | |
|---|---|
| Principal e Interés | $925.13 |
| Reserva | $43.92 |
| Seguros opcionales | $0.00 |
| Misceláneos | $0.00 |
| Subsidio/Reserva Reemplazo | $0.00 |
| Ajuste por sobrante/deficiencia hasta 04/2027 | $-0.01 |
| Pago Total | $969.04 |

Luego de la aplicación del ajuste por sobrante/deficiencia, efectivo en 05/2027 su pago periódico será por $969.05.

Si el préstamo es de interés variable, el pago puede cambiar antes del próximo análisis de la cuenta de reserva de acuerdo con la nueva tasa de interés.

Retenga este estado de cuenta para compararlo con la actividad actual de su cuenta y el cálculo en su análisis de reserva anual del próximo año.

Para más información sobre este análisis de la cuenta de reserva, puede comunicarse con nuestra División de Servicios Hipotecarios, Departamento de Servicios al Cliente, de lunes a viernes de 8:00 a.m. a 8:00 p.m. y sábado de 8:00 a.m. a 1:00 p.m. al 787.775.1100 o libre de cargos al 1.800.981.1982.